SUCCESSION OF ALBERT E. PITTMAN

* NO. 2019-CA-0683

* COURT OF APPEAL

* FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*

* * * * * * *

*DNA*

**ATKINS, J., DISSENTS FOR THE REASONS ASSIGNED BY J. LEDET**